No. 01–9031. SALINAS-CALDERON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9032. SOLIS-NAVARRO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9033. SPEARS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9034. BURTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9035. PATTERSON *v.* KONTEH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9042. BLOOME *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–9047. ALVAREZ-REYES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9049. VEGA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–9052. CLOUD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9053. ESTRADA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–9054. CONDE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9059. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9066. GURRUSQUIETA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9067. CAMPOS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9068. CHRISTOFERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9073. SOLOMON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.